IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JOHN R. PENN, | Civil File No. 4:12cv-01132-NKL |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| FINANCIAL RECOVERY SERVICES, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff, John R. Penn, and the defendant, Financial Recovery Services, hereby stipulate to the dismissal of the above-styled case, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated: October 30, 2012
By /s/J. Mark Meinhardt
J. Mark Meinhardt, #53501
9400 Reeds Road, Suite 210
Overland Park, KS 66207-2531
(913) 451-9797
(913) 451-6163 (fax)
ATTORNEY FOR PLAINTIFF

Dated: October 30, 2012
By /s/Joshua C. Dickinson
Joshua C. Dickinson, #51446
Spencer Fane Britt & Browne LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
(816) 474-8100
(816) 474-3216 (fax)
ATTORNEY FOR DEFENDANT